UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SYLVESTER ROLLINS                                    CIVIL ACTION

versus                                               NO. 10-1994

BURL CAIN, WARDEN                                    SECTION: "S" (3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the United States Magistrate Judge's findings that petitioner's claims should be dismissed on the merits because: (1) claims regarding alleged errors in state post-conviction proceedings are not cognizable in federal *habeas corpus* proceedings, Nichols v. Scott, 69, F.3d 1255, 1275 (5th Cir. 1995); (2) claims based on newly discovery evidence are not cognizable in federal *habeas corpus* proceedings, Moore v. Dempsey, 43 S.Ct. 265 (1923); and, (3) petitioner's trial counsel was not ineffective because there is no reason to believe that it would have been possible for counsel to discover the previously unknown witnesses at the time of the trial when the police could not locate them after searching the area surrounding the incident. The court adopts those findings as its opinion.

**IT IS ORDERED** that the federal petition of **Sylvester Rollins** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  25th  day of      January      , 2011.

*[signature]*
**UNITED STATES DISTRICT JUDGE**